**SODW**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, #100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENE DUMAS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, a foreign corporation, d/b/a COSTCO; DOE EMPLOYEE, an individual; DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>        Defendants. | Case No. 2:23-CV-1096-JCM-VCF |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between all parties and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

1

Further, responding parties request that any hearings on calendar in this matter, be vacated.

| August 28, 2023. | August 28, 2023. |
|---|---|
| **CARVALHO & ASSOCIATES** | **RANALLI ZANIEL FOWLER & MORAN, LLC** |
| */s/ Maria Loventine U. Estanislao* | /s/ *George Ranalli* |
| _____ | _____ |
| **DANIEL E. CARVALHO, ESQ.** <br> Nevada Bar No. 5600 <br> **MARIA LOVENTIME U. ESTANISLAO, ESQ.** <br> Nevada Bar No. 8059 <br> 700 S. Third Street <br> Las Vegas, Nevada 89101 <br> Attorneys for Plaintiff | **GEORGE M. RANALLI, ESQ.** <br> Nevada Bar No. 5748 <br> **MAEGUN MOOSO, ESQ.** <br> Nevada Bar No. 15067 <br> 2340 W. Horizon Ridge Pkwy., Suite 100 <br> Henderson, NV 89025 <br> *Attorney for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

Dated: September 6, 2023.

_____
**U.S. DISTRICT JUDGE**

2

**Ashley Strange**

| | |
|---|---|
| **From:** | Maria Loventime (maria@carvalhoattorney.com) <maria@carvalhoattorney.com> |
| **Sent:** | Tuesday, August 29, 2023 1:37 PM |
| **To:** | Ashley Strange; George Ranalli |
| **Cc:** | Vicki Perez; Maegun Mooso; Mandi Zambai |
| **Subject:** | RE: Dumas case v Costco |

You do not need the original SAO to Dismiss. Once we exchange for the checks, you may use my electronic signature on the Stipulation to Dismiss.

Maria Loventime U. Estanislao, Esq.
700 S. Third Street
Las Vegas, Nevada 89101
Cell (702) 503-0192
Tel. (702) 276-0000
Fax (702) 384-1460

-----Original Message-----
From: Ashley Strange <astrange@ranallilawyers.com>
Sent: Tuesday, August 29, 2023 1:35 PM
To: Maria Loventime (maria@carvalhoattorney.com) <maria@carvalhoattorney.com>; George Ranalli <gmranalli@ranallilawyers.com>
Cc: Vicki Perez <vperez@ranallilawyers.com>; Maegun Mooso <mmooso@ranallilawyers.com>; Mandi Zambai <mzambai@rmcmlaw.com>
Subject: RE: Dumas case v Costco
Importance: High

Also, as a reminder we will need the original, signed release, affidavit, and Dismissal with Prejudice for exchange of the check.  Thank you!

Thank you,
Ashley Strange
Assistant Lead Paralegal
Ranalli Zaniel Fowler & Moran, LLC
2340 W. Horizon Ridge Pkwy., Suite 100
Henderson, NV 89052
702.477.7774 - Phone
702.477.7778 – Fax
NOTICE: The above information is for the sole use of the intended recipient and contains information belonging to Ranalli & Zaniel, LLC which is confidential and may be legally privileged. If you are not the intended recipient, or believe that you have received this communication in error, you are hereby notified that any printing, copying, distribution, use or taking of any action in reliance on the contents of this e-mail information is strictly prohibited. If you have received

1